644

Errors and Appeals of New Jersey denied. *Messrs. Frederic D. McKenney, John A. Hartpence, John Spalding Flannery,* and *G. Bowdoin Craighill* for petitioner. *Mr. Clement K. Corbin* for respondent.

No. 191. CORWIN, COLLECTOR OF INTERNAL REVENUE, *v.* GEORGE GLISS LANE; and

No. 192. SAME *v.* JAMES W. LANE, JR. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Biggs* for petitioner. *Mr. Frederic R. Kellogg* for respondents.

No. 193. MULQUEEN, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Clarence Castimore* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key, John G. Remey,* and *Erwin N. Griswold* for respondent.

No. 195. McGREEVY ET AL. *v.* NATIONAL SURETY Co. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Cyrus Crane* for petitioners. *Mr. Henry L. Jost* for respondent.

No. 197. KASCH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. George E. Shelley* for petitioners. *Solicitor*